UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MARY A. PRICE,

    Plaintiff,

v.                          CASE NO.: 8:09-CV-790-T-27MAP

MAG MUTUAL INSURANCE,

    Defendant.
_____/

## REPORT AND RECOMMENDATION

Plaintiff moves for leave to proceed *in forma pauperis*, pursuant to 28 U.S.C. § 1915 (doc. 2). That statute, however, provides that a court shall dismiss such an action if the action is "frivolous or malicious." 28 U.S.C. § 1915(e). The Court recommends Plaintiff's motion be denied because the Court is without jurisdiction and because Plaintiff's claim is frivolous.

Plaintiff fails to allege facts supporting federal subject matter jurisdiction under 28 U.S.C. § 1331. She purports to assert a claim under 42 U.S.C. § 1983, but does not allege state action by the named Defendants as required under Section 1983. *Loren v. Sasser*, 309 F.3d 1296, 1303 (11th Cir. 2002). Plaintiff also has not established diversity jurisdiction under 28 U.S.C. § 1332.

Plaintiff's claims are, moreover, frivolous. A claim is considered frivolous if it "is without arguable merit either in law or fact." *Napier v. Preslicka*, 314 F.3d 528, 531 (11th Cir. 2002) (citation and quotations omitted). A claim lacks an arguable basis in fact if the facts alleged are "fanciful … fantastic … [or] delusional." *Denton v. Hernandez*, 504 U.S. 25, 32-33 (1992). In this case, Plaintiff alleges among other things that her right to privacy was violated by "use of illegal surveillance - phone taps, cameras in light bulbs, central air vents, re-wiring of

residence for satellite observation, etc., telepathy-nonverbal communication ...."[1] Based on the foregoing, it is hereby

RECOMMENDED:

1. Plaintiff's request to proceed in forma pauperis (doc. 2) be denied and her claim be dismissed without prejudice.

IT IS SO REPORTED in chambers at Tampa, Florida on June 11, 2009.

*Mark A. Pizzo*
MARK A. PIZZO
UNITED STATES MAGISTRATE JUDGE

**NOTICE TO PARTIES**

Failure to file written objections to the proposed findings and recommendations contained in this report within ten (10) days from the date of its service shall bar an aggrieved party from attacking the factual findings on appeal. 28 U.S.C. § 636(b)(1).

cc: The Honorable James D. Whittemore
Plaintiff, pro se

---

[1] I note that Plaintiff filed a virtually identical complaint in the United States District Court for the Middle District of Louisiana. That Court dismissed Plaintiff's complaint as frivolous and lacking in subject matter jurisdiction. *Price v. Mag Mutual Ins.*, No. 05-1302-A, slip op. (M.D. La. December 7, 2005).