UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MARY A. PRICE,

    **Plaintiff,**

vs.                                    Case No. 8:09-cv-790-T-27MAP

MAG MUTUAL INSURANCE,

    **Defendant,**
_____/

## ORDER

**BEFORE THE COURT** is the Report and Recommendation submitted by the Magistrate Judge recommending that Plaintiff's Motion for Leave to Proceed in forma pauperis (Dkt. 2) be denied and this case dismissed without prejudice (Dkt. 4). No party has filed objections to the Report and Recommendation.

After careful consideration of the Report and Recommendation in conjunction with an independent examination of the file, the Court is of the opinion that the Report and Recommendation should be adopted, confirmed, and approved in all respects. Accordingly, it is **ORDERED**:

1) The Report and Recommendation (Dkt. 4) is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2) Plaintiff's Motion for Leave to Proceed in forma pauperis (Dkt. 2) is **DENIED**.

3) Plaintiff's case is **DISMISSED WITHOUT PREJUDICE** and the Clerk is directed to **CLOSE** this case.

**DONE AND ORDERED** in Tampa, Florida, on this 8th day of July, 2009.

                                                    JAMES D. WHITTEMORE
                                                    United States District Judge

Copies to:
Counsel of record, Plaintiff